UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00209-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOSEPH MARSALA and** | ) | |
| **BRENT BUMGARNER,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on C. Melissa Owen's Motion for *Pro Hac Vice* admission of Richard D. Collins (#9). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that C. Melissa Owen's Motion for *Pro Hac Vice* admission of Richard D. Collins (#9) is **GRANTED**, and Mr. Collins is permitted to practice *pro hac vice* Ms. Owen in this particular case.

Signed: November 6, 2014

Max O. Cogburn Jr.
United States District Judge