UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-209-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOSEPH MARSALA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's "Motion to Modify Conditions of Release." (Doc. No. 59).

**IT IS ORDERED** that the Government shall submit a brief in response to defendant's motion within ten days.

Signed: February 20, 2020

Max O. Cogburn Jr.
United States District Judge